IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN MATEO ELECTRICAL WORKERS HEALTH CARE TRUST, et al.,

    Plaintiffs,

v.

C&E ELECTRIC, et al.

    Defendants.

No. C 11-04190 WHA

**ORDER OF REFERENCE**

Pursuant to Civil Local Rule 72-1, it is **HEREBY ORDERED** that the motions for debtor examination (Dkt. Nos. 20, 22) are referred to a Magistrate Judge to be heard and considered at the convenience of his/her calendar.

Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: May 30, 2012.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE