IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN MATEO ELECTRICAL, *et al.*

    Plaintiffs,

v.

C&E ELECTRIC, *et al.*

    Defendants.

No. C 11-04190 WHA

**ORDER RE STAY**

    Plaintiffs have submitted notice that defendants C&C Electric and Carlos Alberto Garcia Manzanares have filed bankruptcy proceedings. As such, all proceedings in this action are hereby **STAYED**. Parties shall notify the Court when defendants' bankruptcy proceedings are resolved. A case management conference shall be held on **APRIL 10, 2014, AT 11:00 A.M.**

    **IT IS SO ORDERED.**

Dated: October 15, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE