IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN MATEO ELECTRICAL, *et al.*

    Plaintiffs,

  v.

C&E ELECTRIC, *et al.*

    Defendants.

No. C 11-04190 WHA

**SECOND ORDER RE STAY**

This ERISA action has been stayed due to a concurrent bankruptcy proceeding. As the bankruptcy proceeding is still ongoing, this action shall remain **STAYED**. The case management conference set for April 10, 2014, is hereby **VACATED**.

Plaintiffs' adversary proceeding in defendants' bankruptcy action is scheduled to go to trial on December 16, 2014 (Quail Decl. ¶ 8–9). Accordingly, plaintiffs shall file a status report on **JANUARY 8, 2015**, or sooner if the bankruptcy proceedings are resolved before then.

**IT IS SO ORDERED.**

Dated: April 8, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE