United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN MATEO ELECTRICAL WORKERS HEALTH CARE TRUST; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION 617; SAN MATEO COUNTY ELECTRICAL CONSTRUCTION INDUSTRY RETIREMENT TRUST; SAN MATEO COUNTY ELECTRICAL APPRENTICESHIP TRAINING TRUST; DOMINIC NOLAN, as Trustee of the above Trusts; and NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION, SAN MATEO CHAPTER,

  Plaintiffs,

  v.

C&E ELECTRIC, a California sole proprietorship; and CARLOS ALBERTO GARCIA MANZANARES, an individual d/b/a C&E ELECTRIC,

  Defendants.
                                        /

No. C 11-04190 WHA

**ORDER TO SHOW CAUSE RE STAY**

This ERISA action was stayed due to a bankruptcy proceeding. A prior order stated that plaintiff was to file a status report by January 8 (or sooner). No status report was filed.

In December 2014, the trial in the adversary proceeding was taken off calendar and a status conference was set for January 29, 2015, in light of a pending settlement therein. *In re Carlos Alberto Garcia*, No. 13-03197 (N.D. Cal. Bankr.); *see also In re Carlos Alberto Garcia*, No. 13-31011 (N.D. Cal. Bankr.).

Accordingly, the parties have until **FEBRUARY 2, 2015 AT NOON**, to show cause why the stay should not be lifted. Plaintiffs shall also include a status update regarding the bankruptcy proceeding.

**IT IS SO ORDERED.**

Dated: January 13, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE