IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN MATEO ELECTRICAL WORKERS
HEALTH CARE TRUST; INTERNATIONAL
BROTHERHOOD OF ELECTRICAL
WORKERS, LOCAL UNION 617;
SAN MATEO COUNTY ELECTRICAL
CONSTRUCTION INDUSTRY RETIREMENT
TRUST; SAN MATEO COUNTY ELECTRICAL
APPRENTICESHIP TRAINING TRUST;
DOMINIC NOLAN, as Trustee of the above
Trusts; and NATIONAL ELECTRICAL
CONTRACTORS ASSOCIATION, SAN
MATEO CHAPTER,

    Plaintiffs,

  v.

C&E ELECTRIC, a California sole
proprietorship; and CARLOS ALBERTO
GARCIA MANZANARES, an individual
d/b/a C&E ELECTRIC,

    Defendants.

No. C 11-04190 WHA

**ORDER MAINTAINING STAY**

A prior order stayed this ERISA action due to a bankruptcy proceeding. Counsel represents that the "bankruptcy case is still proceeding" (Flynn Decl. ¶ 8). A status conference is scheduled for March 2015, in the bankruptcy proceeding. Accordingly, the parties shall please file a status report by **APRIL 23, 2015 AT NOON**, or, if earlier, within five calendar days of resolution of the bankruptcy proceeding.

**IT IS SO ORDERED.**

Dated: February 4, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE