IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN MATEO ELECTRICAL WORKERS HEALTH CARE TRUST; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 617; SAN MATEO COUNTY ELECTRICAL CONSTRUCTION INDUSTRY RETIREMENT TRUST; SAN MATEO ELECTRICAL WORKERS EDUCATION AND TRAINING PLAN; Dominic Nolan, as Trustee of the above TRUSTS; and the NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION, SAN MATEO CHAPTER, <br><br> Plaintiffs, <br><br> v. <br><br> C&E ELECTRIC, a California sole proprietorship; and CARLOS ALBERTO GARCIA MANZANARES, an individual d/b/a C&E ELECTRIC, <br><br> Defendants. | No. C 11-04190 WHA <br><br><br> **ORDER LIFTING STAY AND SETTING CASE MANAGEMENT CONFERENCE** |

In this ERISA action, a January 2013 order granted in part and denied in part plaintiffs' motion for default judgment against defendant C&E Electric (Dkt. No. 18). An October 2013 order then stayed this action pending bankruptcy proceedings. Today, defendant Carlos Alberto Garcia and plaintiffs filed an "acknowledgment of discharge of portion of judgment," stating that "a portion of Defendant's debt to Plaintiffs was discharged" and the "automatic stay in bankruptcy has lifted" (Dkt. No. 44). Accordingly, our stay is hereby **LIFTED**.

By **APRIL 23 AT NOON**, the parties shall please file a joint case management statement. A case management conference is hereby set for **APRIL 30 AT 2:00 P.M.** The case management conference will go forward unless and until the parties file a stipulation of dismissal. Plaintiff's counsel shall please mail a copy of this order to defendants.

**IT IS SO ORDERED.**

Dated: April 9, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE