IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN MATEO ELECTRICAL WORKERS
HEALTH CARE TRUST; INTERNATIONAL
BROTHERHOOD OF ELECTRICAL WORKERS,
LOCAL 617; SAN MATEO COUNTY
ELECTRICAL CONSTRUCTION INDUSTRY
RETIREMENT TRUST; SAN MATEO
ELECTRICAL WORKERS EDUCATION AND
TRAINING PLAN; Dominic Nolan, as Trustee of
the above TRUSTS; and the NATIONAL
ELECTRICAL CONTRACTORS ASSOCIATION,
SAN MATEO CHAPTER,

    Plaintiffs,

  v.

C&E ELECTRIC, a California sole proprietorship;
and CARLOS ALBERTO GARCIA
MANZANARES, an individual d/b/a C&E
ELECTRIC,

    Defendants.
                                               /

No. C 11-04190 WHA

**ORDER VACATING CASE
MANAGEMENT CONFERENCE**

Now that the bankruptcy stay has been lifted, plaintiffs seek to administratively close this ERISA action. A default judgment was entered in January 2012 (Dkt. No. 18). The Clerk shall **CLOSE THE FILE**. The April 30 case management conference is hereby **VACATED**. Plaintiff shall mail a copy of this order to defendants.

**IT IS SO ORDERED.**

Dated: April 21, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE